UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
KAREN M. CAZA,

                **Plaintiff,**

      v.                                       11-CV-0613

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

This matter was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(d).

No objections to the April 12, 2012 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

Therefore, the Commissioner's decision is AFFIRMED, and Plaintiff's Complaint is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED.

Dateed: June 4, 2012

Thomas J. McAvoy
Senior, U.S. District Judge